

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-15-00610-CV

**LAREDO MERCHANTS ASSOCIATION**,
Appellant

v.

**CITY OF LAREDO, TEXAS**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015-CVQ-00-1077-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's motion to supplement brief is hereby GRANTED.

It is so **ORDERED** on June 24, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court